1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6758
7      FAX: (415) 436-7234
       Julie.Garcia@usdoj.gov
8
   Attorneys for United States of America

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,                ) NO. CR 17-393 EMC-1
                                              )
14 |     Plaintiff,                           )
                                              )
15 |   v.                                     )
                                              ) STIPULATION TO EXCLUDE TIME AND
16 | JOSEPH RIVERA, a/k/a "JOEY," and         ) [P~~ROPOSED~~] ORDER
     NELSON DECUIRE, a/k/a "Vader,"           )
17 |                                          )
         Defendants.                          )
18                                            )
                                              )
19

20                                    **STIPULATION**

21       IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record

22 at the status conference on September 13, 2017, that the time between September 13, 2017, and October

23 23, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

24 It is further stipulated, as stated on the record at the status conference on October 23, 2017, that the time

25 between October 23, 2017, and November 8, 2017, also be so excluded. Excluding these periods of time

26 will allow the defendant continuity of counsel and will allow defense counsel the reasonable time

27 necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C.

28 § 3161(h)(7)(B)(iv).

ORDER EXLUDING TIME
Case No. CR 17-393 EMC-1

IT IS SO STIPULATED.

DATED: October 30, 2017

BRIAN J. STRETCH
United States Attorney

_____/s/_____
JULIE D. GARCIA
Assistant United States Attorney

DATED: October 30, 2017

_____/s/_____
CANDIS MITCHELL
Counsel for Defendant
JOSEPH RIVERA

## [~~PROPOSED~~] ORDER

As explained on the record during the September 13, 2017, and October 23, 2017 status conferences, the Court finds that the exclusion of the period from September 13, 2017, through October 23, 2017, and the exclusion of the period from October 23, 2017, to November 8, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defendant continuity of counsel and deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 11/6/17

_____
HON. EDWARD M. CHEN
United States District Judge



ORDER EXLUDING TIME
Case No. CR 17-393 EMC-1