1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6758
7      FAX: (415) 436-7234
       Julie.Garcia@usdoj.gov
8
   Attorneys for United States of America

9
UNITED STATES DISTRICT COURT

10
NORTHERN DISTRICT OF CALIFORNIA

11
SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,   )   NO. CR 17-394 EMC-2
                                )   NO. CR 17-403 EMC-1
14 |     Plaintiff,              )
                                )
15 |   v.                        )
                                )
16 | OSCAR VANEGAS,              )   STIPULATION TO EXCLUDE TIME AND
                                )   [P~~ROPOSED~~] ORDER
17 |     Defendant.              )
                                )
18                              )
                                )
19

20                              **STIPULATION**

21       IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record

22 at the status conference on November 8, 2017, that the time between November 8, 2017, and December

23 20, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

24 The government recently completed discovery, and excluding this period of time will allow defense

25 counsel the reasonable time necessary for effective preparation, taking into account the exercise of due

26 diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

27       //

28       //

IT IS SO STIPULATED.

DATED: November 15, 2017

BRIAN J. STRETCH
United States Attorney

/s/
JULIE D. GARCIA
Assistant United States Attorney

DATED: November 15, 2017

/s/
SARA RIEF
Counsel for Defendant
OSCAR VANEGAS

## [PROPOSED] ORDER

As explained on the record during the November 8, 2017, status conference, the Court finds that the exclusion of the period from November 8, 2017, through December 20, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defendant continuity of counsel and deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 11/22/17

HON. EDWARD CHEN
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*