1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6758
7      FAX: (415) 436-7234
       Julie.Garcia@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-393 EMC-1 |
| Plaintiff, | NO. CR 17-394 EMC-1 |
| v. | |
| JOSEPH RIVERA, a/k/a "JOEY," | STIPULATION TO CONTINUE AND SET CHANGE OF PLEA HEARING AND [PR~~OPOS~~ED] ORDER |
| Defendant. | |

**STIPULATION**

The above-captioned matters are set for a status conference on Wednesday, April 4, 2018. The parties now stipulate and respectfully request that the status conference be continued to Wednesday, April 18, 2018, at 2:30 pm, and set for a change of plea on that date. The parties are working toward a resolution of the case but will not have final approval in time for the change of plea to occur on April 4, 2018. Accordingly, the parties respectfully request that the Court grant the requested continuance.

//

//

//

STIPULATION TO CONTINUE AND SET CHANGE OF PLEA HEARING AND [PROPOSED] ORDER
Case Nos. CR 17-393 EMC-1; CR 17-394 EMC-1

IT IS SO STIPULATED.

DATED: March 28, 2018

ALEX G. TSE
Acting United States Attorney

/s/
JULIE D. GARCIA
Assistant United States Attorney

DATED: March 28, 2018

/s/
CANDIS MITCHELL
Counsel for Defendant
JOSEPH RIVERA

# [~~PROPOSED~~] ORDER

It is hereby ORDERED that the status conference in the above-captioned matters be continued from April 4, 2018, to April 18, 2018, at 2:30 pm, and set for a change of plea on that date.

IT IS SO ORDERED.

DATED: 3/30/18

HON. EDWARD C...
United S...

*[Signature stamp: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*